**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **ROGERS V. ATKINS** | **CIVIL ACTION NO. 26-0493** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE JERRY EDWARDS, JR.** |
| **ROBERT W. KOSTELKA, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## <u>JUDGMENT</u>

The Report and Recommendation of the Magistrate Judge having been considered, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff Rogers V. Atkins's claims are **DISMISSED WITH PREJUDICE** as legally duplicative, frivolous, and malicious.

ALEXANDRIA, LOUISIANA, this 20th day of March, 2026.

_____
JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE